UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUDREE SAMAIYAH E.,<br><br>                                    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>                                    Defendant. | Case No.: 23-cv-1655-KSC<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>**[DKT. NO. 4]** |

Before the Court is plaintiff Oudree Samaiyah E.'s Application to Proceed *In Forma Pauperis*. Dkt. No. 4. For the reasons set forth below, the Court **GRANTS** the Application.

A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing that he or she is unable to pay the filing fee. *See* 28 U.S.C. § 1915(a). The affidavit must "state the facts as to [the] affiant's poverty with some particularity, definiteness and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir. 1981) (internal quotations omitted). A party need not be completely destitute to proceed in forma pauperis. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339–340 (1948). An affidavit is sufficient if it shows that the applicant cannot pay the fee "and still be able to provide himself [or herself] and dependents with the necessities of life." *Id.* (internal quotations omitted).

|   |   |
|---|---|
| 1 | Plaintiff is unemployed and has limited income and assets. Doc. No. 4. She is a |
| 2 | single parent and she receives no support from family or friends. *Id*. at 5. She receives |
| 3 | public assistance benefits of approximately $707.00 per month, and $452.00 per month in |
| 4 | food stamps. *Id*. at 2. Plaintiff also receives $262.00 per month in child support. *Id.* |
| 5 | Plaintiff's only asset is a 2009 Mitsubishi worth $1500.00. *Id.* at 3. She has no savings or |
| 6 | checking account. *Id*. Plaintiff's monthly expenses total $1,422.00, including utilities, |
| 7 | clothing, laundry, transportation, car insurance, and other miscellaneous items. *Id.* at 4. |

The Court finds paying the filing fee would impose a hardship on plaintiff. IT IS HEREBY ORDERED THAT plaintiff's Application is GRANTED.

Dated:  September 20, 2023

Hon. Karen S. Crawford
United States Magistrate Judge